Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 292 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA v. Szarabajka | | |

## DOCKET ENTRY TEXT

Pursuant to the agreement of the parties, arraignment is set for Mon 4/28/08 at 9:30 am.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|