HHW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FILED
4-30-2008
APR 3 0 2008

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

KENT SZARABAJKA

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 292

I, __Kent Szarabajka__, the above named defendant, who is accused of income tax evasion, in violation of Title 26, United States Code, Section 7201; knowingly being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 30, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
(Defendant)
KENT SZARABAJKA

_____
(Counsel for Defendant)
LEONARD GOODMAN

Before _Arlander Keys, April 30, 2008_
Magistrate Judge Arlander Keys