# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 292-1 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA v. Szarabajka | | |

**DOCKET ENTRY TEXT**

Leonard C. Goodman is granted leave to file his appearance as appointed counsel for defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|