

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 292-1 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA v. Szarabajka | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Information. 16.1A conference to be held by 5/7/08. Pretrial motions to be filed by 5/14/08. Responses to pretrial motions are due by 5/21/08, replies thereto due by 5/28/08. Status hearing set before Judge Darrah on 6/5/08 at 9:45 a.m. Time is excluded pursuant to 18:3161(h)(l).

Docketing to mail notices.



| | Courtroom Deputy Initials: | AC |
|---|---|---|