# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 292 - 1 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Kent Szarabajka | | |

**DOCKET ENTRY TEXT**

Status hearing held. Rule 16.1(A) conference to be held by 6/25/08. Pretrial motions to be filed by 8/7/08. Government's response by 8/14/08. Status hearing set for 8/21/08 at 9:00 a.m. Jury trial set for 9/8/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 9/8/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|